WURST, Respondent, v. KEISSER, Appellant. (Supreme Court, Appellate Division,

Fourth Department. May 15, 1907.) Action by Paul J. Wurst against John Keisser.

PER CURIAM. Judgment and order affirmed, with costs.

KRUSE, J., not sitting.